UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR JONES, | |
| Plaintiff(s), | No. C09-4757 BZ |
| v. | Related Case: C09-1613 BZ |
| NADIA CLARK, et al., | |
| Defendant(s). | **ORDER SCHEDULING STATUS CONFERENCE** |

**IT IS HEREBY ORDERED,** that a status conference in this case is scheduled for **Monday, January 25, 2010 at 4:00 p.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The parties should be prepared to discuss a proposed trial schedule and, in particular, whether this case should proceed on the same schedule as <u>Fleming v. Clark</u>, C09-1613.

Dated: December 30, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\JONES V. CLARK\ORDER SCHEDULING STATUS CONFERENCE.wpd

1